UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>            Plaintiff,                        )<br>                                                         )<br>        v.                                          )<br>                                                         )<br>RETNA M. PULLINGS,                  )<br>                                                         )<br>            Defendant,                     )<br>                                                         )<br>        and                                       )<br>                                                         )<br>NAVY FEDERAL CREDIT UNION )<br>Security Department (Garnishment) )<br>820 Follin Lane                              )<br>Vienna, VA 22180,                         )<br>                                                         )<br>            Garnishee.                      ) | Criminal No. 99-232-01 TFH<br><br><br>FILED<br><br>AUG 1 5 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America hereby makes application, in accordance with 18 U.S.C. § 3613 and 28 U.S.C. § 3205, to the Clerk of the United States District Court to issue a Writ of Garnishment upon the criminal judgment in the above-captioned case that was entered against the defendant, Retna M. Pullings.  Ms. Pulling's last known address is:

and her social security number is XXX-XX-4226.  She was ordered by the criminal judgment to pay restitution in the amount of $4,342.00, plus post-judgment interest at the rate of 6.197%.

There is a balance of $4,489.18, including penalties, due and owing on the judgment as of July 31, 2007.  Demand for payment of the above-stated debt was made upon the defendant not less than 30 days prior to the filing of this Application, and the defendant has failed to satisfy the debt.

The Garnishee is believed to have possession of non-exempt assets in which the defendant has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent is:

> Navy Federal Credit Union
> Security Department (Garnishment)
> 820 Follin Lane
> Vienna, VA 22180

Also enclosed for your signature is a Notice of Bank Garnishment that you are required by 28 U.S.C. § 3202(b) to issue. After you have executed the Writ of Garnishment and the Notice, these documents should be returned to undersigned counsel for service on defendant and the garnishee.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar# 498610
United States Attorney

_____
FRED E. HAYNES, D.C. Bar# 165654
Assistant United States Attorney
Judiciary Center Building, Room E-4110
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7201